**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 655 MAL 2018

           Petitioner               :

                                  :    Petition for Allowance of Appeal from

                                  :    the Order of the Superior Court

           v.                      :

                                  :

ANTHONY O. GUDINO,                 :

                                  :

           Respondent             :

**ORDER**

**PER CURIAM**

      **AND NOW**, this 12th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.